IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL NO. 3:07cv00153-RJC-DCK

| | |
|---|---|
| REMEDIATION PRODUCTS, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER GRANTING MOTION |
| ) | *PRO HAC VICE* |
| ADVENTUS AMERICAS INC., ) | |
| a Delaware Corporation, and ) | |
| ENVIRONMENTAL TECHNOLOGIES ) | |
| INC., a Canadian Corporation, ) | |
| ) | |
| Defendants. ) | |

Pursuant to LCvR 83.1 of this Court, and for good cause shown, the motion of counsel for Defendant Adventus Americas Inc., et. al for the admission *pro hac vice* of Paul E. Schaafsma of the law firm of NovusIP, LLC is hereby **GRANTED**.

Signed: April 9, 2008

David C. Keesler
United States Magistrate Judge