IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:07CV00153-RJC-DCK

| | |
|---|---|
| REMEDIATION PRODUCTS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| ADVENTUS AMERICAS, INC., a ) | **ORDER GRANTING MOTION FOR** |
| Delaware Corporation, and ) | **EXTENSION OF TIME** |
| ENVIRONMETAL TECHNOLOGIES, ) | |
| INC., a Canadian Corporation, ) | |
| ) | |
| Defendants ) | |

Upon Motion of Defendants Adventus Americas, Inc. and Environmetal Technologies, Inc. ("Defendants"), and for good cause shown,

IT IS ORDERED that the time within which Defendant may file a response to Plaintiff's Motion for Partial Summary Judgment Re '213 Patent is hereby extended to and including **May 19, 2008**.

Signed: April 16, 2008

David C. Keesler
United States Magistrate Judge