IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:07CV00153-RJC-DCK

| | |
|---|---|
| REMEDIATION PRODUCTS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| ADVENTUS AMERICAS, INC., a ) | **ORDER GRANTING MOTION** |
| Delaware Corporation, and ) | **PURSUANT TO LCvR 6.1 and 7.1** |
| ENVIRONMENTAL TECHNOLOGIES, ) | |
| INC., a Canadian Corporation, ) | |
| ) | |
| Defendants ) | |

Upon Motion of Defendants Adventus Americas, Inc. and Environmental Technologies, Inc. ("Defendants"), and for good cause shown,

IT IS ORDERED, that Defendants are permitted to file under seal the confidential and restricted documents that are supporting exhibits to Defendants' Opposition to Motion for Partial Summary Judgment on May 20, 2008, and to hand deliver a copy to Plaintiff's local counsel on the same day, and to serve by mail on Plaintiff's out-of-state counsel another copy of the same confidential and restricted documents.

Signed: May 20, 2008

David C. Keesler
United States Magistrate Judge