UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07cv153

| | |
|---|---|
| **REMEDIATION PRODUCTS, INC.,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| **ADVENTUS AMERICAS INC.,** a Delaware Corporation, and **ENVIROMETAL TECHNOLOGIES IN.**, a Canadian Corporation, | ) ) ) ) |
| | ) |
| Defendants. | ) |
| | ) |

Upon Consent Motion of Plaintiff Remediation Products, Inc. and Defendants Adventus Americas, Inc. and Envirometal Technologies, Inc., and for good cause shown,

**IT IS ORDERED** that the following deadlines set forth in the current Case Management Order are rescheduled as follows:

1. Fact Discovery from July 1, 2008 to September 1, 2008;

2. Expert Discovery from July 15, 2008 to September 15, 2008;

3. Initial Expert Reports from June 15, 2008 to August 15, 2008;

4. Supplemental or Rebuttal Expert Reports from July 1, 2008 to September 1, 2008;

5. Dispositive Motions from August 1 to October 1, 2008; and

6. Trial from November 1, 2008 to February 17, 2009.

| DEADLINES AT A GLANCE | |
|---|---|
| Fact Discovery: | SEPTEMBER 1, 2008 |
| Expert Discovery: | SEPTEMBER 15, 2008 |
| Expert Reports: | AUGUST 15, 2008 (plaintiff) |
| | AUGUST 15, 2008 (defendant) |
| Supplemental or Rebuttal Expert Reports: | SEPTEMBER 1, 2008 |
| Dispositive Motions: | OCTOBER 1, 2008 |
| Trial: | FEBRUARY 17, 2009 |

Signed: June 17, 2008

*Robert J. Conrad, Jr.*
Robert J. Conrad, Jr.
Chief United States District Judge