UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07cv153-RJC

| | |
|---|---|
| REMEDIATION PRODUCTS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ADVENTUS AMERICAS INC., a Delaware Corporation, and ENVIROMETAL TECHNOLOGIES IN., a Canadian Corporation, | ) ) ) ) |
| | ) |
| Defendants. | ) |
| | ) |

Upon Joint Motion of Plaintiff Remediation Products, Inc. and Defendants Adventus Americas, Inc. and Envirometal Technologies, Inc., and for good cause shown,

**IT IS ORDERED** that the Defendants exchange expert reports with Plaintiff on or before September 22, 2008. The Court will defer scheduling a pretrial conference until the Markman Order is filed.

Signed: August 29, 2008

Robert J. Conrad, Jr.
Chief United States District Judge