UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07cv153-RJC

| | |
|---|---|
| REMEDIATION PRODUCTS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ADVENTUS AMERICAS INC., a Delaware Corporation, and ENVIROMETAL TECHNOLOGIES IN., a Canadian Corporation, | ) |
| | ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on defendant's Motion for Leave to File Consolidated Briefs (Doc. No. 139), plaintiff's Memorandum in Opposition (Doc. No. 151), and defendants' Reply (Doc. No. 157). Notwithstanding defendant's untimely request, and with admonition regarding future practice, the Court grants defendants' Motion and will allow defendants to file a consolidated brief on all Markman ruling and summary judgment issues relating to the '154 patent and a consolidated brief on all Markman ruling and summary judgment issues related to the '213 patent. Each brief shall be no longer than sixty-five (65) pages. Plaintiff is directed to respond by July 2, 2009.

**IT IS SO ORDERED**.

Signed: June 24, 2009

Robert J. Conrad, Jr.
Chief United States District Judge