UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07-cv-153-RJC-DCK

| | |
|---|---|
| REMEDIATION PRODUCTS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ADVENTUS AMERICAS, INC., ) | ORDER |
| a Delaware Corporation, and ) | |
| ENVIROMETAL TECHNOLOGIES, ) | |
| INC., a Canadian Corporation, ) | |
| ) | |
| Defendants. ) | |
| ) | |

The Court granted in part and dismissed as moot in part Plaintiff's Motion to Continue to Defer Ruling or in the Alternative for Leave to File Supplemental Brief Regarding Inequitable Conduct, (Doc. No. 223). (Doc. No. 227).

Plaintiff must file his brief within thirty (30) days of the date of issuance of this Order. Defendant must file his response within fourteen (14) days of the date Plaintiff files its brief. Both parties shall limit their briefs to twenty-five (25) pages and replies may only be filed with leave of the Court.

Signed: September 30, 2011

Robert J. Conrad, Jr.
Chief United States District Judge