UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07-cv-153-RJC-DCK

| | |
|---|---|
| REMEDIATION PRODUCTS, INC., ) | |
| Plaintiff, ) | |
| v. ) | ORDER |
| ADVENTUS AMERICAS, INC., ) a Delaware Corporation, and ) ENVIROMETAL TECHNOLOGIES, ) INC., a Canadian Corporation, ) | |
| Defendants. ) | |

**THIS MATTER** comes before the Court on its own motion. This case is currently set for a pre-trial conference on January 17, 2012 and trial on January 23, 2012. The Court hereby postpones trial until March 5, 2012 and cancels the January 17, 2012 pre-trial conference. As the parties have already reserved January 23, the Court orders the parties to appear at 9:30 a.m. on that date for a status conference. This conference will be held in the Court's conference room in chambers.

**IT IS, THEREFORE, ORDERED** that trial in this case is reset for March 5, 2012, the January 17, 2012 pre-trial conference is cancelled, and the parties are ordered to appear for a status conference at 9:30 a.m. on January 23, 2012.

Signed: December 20, 2011

Robert J. Conrad, Jr.
Chief United States District Judge